STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
Email: candis_mitchell@fd.org

Counsel for Defendant Ranulfo Loyola Cisneros

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America**, | No. CR 12-0585 SI |
| Plaintiff, | |
| v. | [~~Proposed~~] **Order Continuing Sentencing Date** |
| **Ranulfo Loyola Cisneros**, | |
| Defendant. | |

For good cause, the Court continues the sentencing date from November 7, 2013, to December 20, 2013, at 11:00 ~~10:00~~ a.m.

IT IS SO ORDERED.

DATED: 11/4/13

_____
**SUSAN ILLSTON**
United States District Judge

[Prop.] Order, *Loyola Cisneros*, CR 12-0585 SI          1