UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>RANULFO LOYOLA-CISNEROS,<br><br>    Defendant. | Case No. 12-cr-00585-SI-1<br><br>**ORDER APPOINTING COUNSEL** |

On November 21, 2014, this Court sentenced defendant to 60 months imprisonment based on his conviction for a violation of 21 U.S.C. § 846 (conspiring to distribute methamphetamine). Defendant was represented by the Federal Public Defender's office during the criminal proceedings.

On July 1, 2016, defendant filed a *pro se* motion to correct his sentence under 28 U.S.C. § 2255. Defendant contends that he may be entitled to relief with regard to his sentence pursuant to a recent Supreme Court decision, *Johnson v. United States*, 135 S.Ct. 2251 (2015). The government has filed a motion to stay based upon the Supreme Court's grant of certiorari in *Beckles v. United States*, No. 15-8544.

18 U.S.C. § 3006A(g) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." The Court finds *sua sponte* that appointment of counsel is warranted in this action. The Clerk shall send a copy of this order to the Federal Public Defender's Office in San Francisco.

Once counsel has been assigned to represent defendant, the Court shall set a briefing schedule on the motion to stay, and if necessary on the merits of the section 2255 motion.

**IT IS SO ORDERED**.

Dated: August 15, 2016

_____
SUSAN ILLSTON
United States District Judge