UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANULFO LOYOLA-CISNEROS,<br><br>Defendant. | Case No. 12-cr-00585-SI-1; 3:16-cr-03741-SI<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO STAY**<br><br>Re: Dkt. No. 139 |

On November 21, 2014, this Court sentenced defendant to 60 months imprisonment based on his conviction for a violation of 21 U.S.C. § 846 (conspiring to distribute methamphetamine). Defendant was represented by the Federal Public Defender's Office ("FPD") during the criminal proceedings.

On July 1, 2016, defendant filed a *pro se* motion to correct his sentence under 28 U.S.C. § 2255. Defendant contends that he may be entitled to relief with regard to his sentence pursuant to a recent Supreme Court decision, *Johnson v. United States*, 135 S.Ct. 2251 (2015). The government has filed a motion to stay based upon the Supreme Court's grant of certiorari in *Beckles v. United States*, No. 15-8544.

In an order filed August 15, 2016, the Court *sua sponte* appointed counsel for defendant pursuant to 18 U.S.C. § 3006A(g), and directed the Clerk to send a copy of that order to the FPD in San Francisco. On August 22, 2016, the FPD filed a "Notice of Non-Intervention" stating that the office "has reviewed Defendant's motion and has nothing further to add to his requests. Consequently, we will not enter a Notice of Appearance in this matter and will not seek to intervene." Dkt. No. 142.

Under these circumstances, the Court does not find it appropriate to appoint CJA counsel.

The Court also concludes that it is in the interest of judicial efficiency to stay this matter until the Supreme Court decides *Beckles*. *Beckles* will resolve the question of whether the holding of *Johnson* applies to the residual clause of the career offender guideline, U.S.S.G. §4B1.2(a)(2), and if so, whether *Johnson*'s invalidation of the residual clause of the career offender guideline applies retroactively on collateral review. The Supreme Court is expected to decide *Beckles* by June 2017, if not before.

Accordingly, the Court GRANTS the government's motion to stay this action pending further order from this Court.

**IT IS SO ORDERED**.

Dated: August 23, 2016

_____
SUSAN ILLSTON
United States District Judge