# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>RANULFO LOYOLA-CISNEROS,<br>　　　　Defendant. | Case No. 12-cr-00585-SI-2<br>Case No. 16-cv-03741-SI<br><br>**JUDGMENT** |

The Court has dismissed defendant's 28 U.S.C. § 2255 motion. Judgment is hereby entered in favor of plaintiff and against defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 22, 2017

　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge